IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Sheila Marie Reed, ) | C/A No.: 1:15-4301-RMG-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Carolyn W. Colvin, Acting ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This appeal from a denial of social security benefits is before the undersigned pursuant to Local Civ. Rule 73.02(B)(2)(a) (D.S.C.). On October 20, 2015, Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) and § 1383(c)(3) to obtain judicial review of the final decision of the Commissioner of Social Security ("Commissioner") denying her claim for Disability Insurance Benefits ("DIB"). [ECF No. 1]. The Commissioner filed an answer and the administrative record of the underlying proceedings on February 19, 2016. [ECF Nos. 8, 9, 10]. Pursuant to Local Civ. Rule 83 VII.04 (D.S.C.), Plaintiff's brief was due on March 24, 2016. [ECF No. 8]. Plaintiff's counsel requested and received extensions of the deadlines on March 22, 2016, and April 21, 2016, making the brief due on May 9, 2016. [ECF Nos. 11, 12, 15, 16]. Plaintiff has not yet filed a brief in this matter. Therefore, Plaintiff is directed to file a brief by May 12, 2016, and is warned that failure to file the brief by the revised final deadline may result in the case being recommended for dismissal with prejudice for failure to prosecute.

Plaintiff's counsel has repeatedly failed to comply with the court's deadlines.[1] Despite recent rebuke from the court, Plaintiff's counsel's inaction in this case shows a continued disregard for the court's deadlines. *See Stevens v. Commissioner of Social Security Administration*, No. 1:15-2823-BHH, ECF No. 19 (D.S.C. Feb. 3, 2016). In consideration of Plaintiff's counsel's course of conduct, he is advised that his future failure to meet deadlines will result in the undersigned's recommendation that his attorney's fees be reduced.

IT IS SO ORDERED.

*Shiva V. Hodges*

May 10, 2016  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

---

[1] In the last two years, Plaintiff's counsel has failed to meet the deadline for filing briefs in 11 cases assigned to this Magistrate Judge. *See Hedwin v. Commissioner of Social Security Administration*, No. 1:13-2466-RMG, ECF No. 18 (D.S.C. May 28, 2014); *Hawkins v. Commissioner of Social Security Administration*, No. 1:13-2966-BHH, ECF No. 18 (D.S.C. May 28, 2014); *Woodby v. Commissioner of Social Security Administration*, No. 1:14-952-RMG, ECF No. 18 (D.S.C. August 22, 2014); *Butler v. Commissioner of Social Security Administration*, No. 1:14-1239-MGL, ECF No. 19 (D.S.C. October 30, 2014); *Hightower v. Commissioner of Social Security Administration*, No. 1:14-2761-RBH, ECF No. 17 (D.S.C. Feb. 4, 2015); *Smith v. Commissioner of Social Security Administration*, No. 1:14-4400-RBH, ECF No. 10 (D.S.C. June 1, 2015); *Farmer v. Commissioner of Social Security Administration*, No. 1:14-4898-BHH, ECF No. 12 (D.S.C. June 12, 2015); *Camper v. Commissioner of Social Security Administration*, No. 1:14-4801-MGL, ECF No. 10 (D.S.C. June 30, 2015); *Jenkins v. Commissioner of Social Security Administration*, No. 1:14-4880-JMC, ECF No. 16 (D.S.C. July 23, 2015); *Musgrove v. Commissioner of Social Security Administration*, No. 1:15-2275-JMC, ECF No. 18 (D.S.C. Jan. 5, 2016); *Stevens v. Commissioner of Social Security Administration*, 1:15-2823-BHH, ECF No. 14 (D.S.C. Jan. 29, 2016).